KTB:ktb
AO 442 (Rev. 11/11) Arrest Warrant

2018R00313

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

CHRISTOPHER MORALES

SEALED PURSUANT TO 18 U.S.C. § 3509 and L.R. 49.1(c)(1)(G)

Case No. 18-MJ-752 JTH

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CHRISTOPHER MORALES,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

On or about August 29, 2017, in Beltrami County, in the State and District of Minnesota, defendant did employ, use, persuade, induce, entice, and coerce a minor, Minor 1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer,

in violation of Title 18, United States Code, Section(s) 2251(a) and 2251(e).

Date: 9-4-18

*Issuing officer's signature*

City and State: Bemidji, MN

The Hon. Jon T. Huseby
United States Magistrate Judge
*Printed Name and Title*

---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

SCANNED
SEP 0 5 2018
J.S. DISTRICT COURT ST. PAUL