# OWENS LAW, L.L.C.

5270 W. 84TH STREET, SUITE 300
BLOOMINGTON, MINNESOTA 55437

ROBERT W. OWENS, JR.                                                                                     TELEPHONE: (952) 831-0733
                                                                                                         FACSIMILE:  (952) 831-1208

October 23, 2018

The Honorable Jon T Huseby
PO Box 880
Bemidji MN  56601

      RE:    United States v. Chris Morales
             Court File No. 18-mj-752 (JTH)
             Our File No. 0401

Dear Magistrate Judge Huseby:

The Government has filed a Motion to Reopen the Detention Hearing.  I am writing to request the Court take no action on the Motion to allow the Illinois psychiatrist, hospital case worker and the probation officers gather the necessary information and explore options for the defendant.

The defendant is currently in Mercy Hospital in Aurora, Illinois, and I respectfully submit the Court will be in a better position to rule on the Government's Motion after the undersigned has had an opportunity to respond when a discharge plan is established by the medical staff.

Sincerely,

*Robert Owens*

Robert Owens

RO/rh