IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

TELEPHONE CONFERENCE MINUTE ENTRY

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: Kate Menendez |
| Plaintiff(s), | U.S. Magistrate Judge |
| v. | |
| | Case No: 18-mj-752-JTH |
| Christopher Morales, | Date: 10/31/18 |
| | Location: Chambers 8E |
| Defendant(s). | Time Commenced: 9:00 a.m. |
| | Time Concluded: 9:40 a.m. |
| | Time in Court: 40 Minutes |

APPEARANCES:

For Plaintiff: Katharine T. Buzicky
For Defendant: Robert W. Owens, Jr.
Probation/Pretrial: Michael Alberts

The Court held a telephonic status conference to discuss Mr. Morales's current conditions of release and his current medical conditions. Based on the extensive discussion had between the parties, the Court decided not to schedule a hearing at this time regarding a modification of Mr. Morales's conditions of release. The Court will hold an additional telephonic status conference at 10:00 am on Wednesday, November 14, 2018. Mr. Morales is invited but not required to participate in that call. Furthermore, any updates regarding Mr. Morales's condition or supervision should be directed to Magistrate Judge Menendez until further notice.

*s/Kathy Thobe*
Judicial Assistant/Calendar Clerk