# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
Criminal No. 19-CR-20 (DWF/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRIS MORALES,

    Defendant.

**DEFENDANT'S STATEMENT IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. §316l(h)(7)(A), I, CHRIS MORALES, Defendant in this matter, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act and continue the motion and trial dates currently set herein:

    I have read my attorneys' motion for continuance and agree with the facts and explanations contained therein.

    Based on these facts, and my attorneys' motion for a continuance, I request that the period of time from now until a future, mutually agreed-upon date be excluded from the time in which I would otherwise have to be brought to trial in my case.

    I have discussed this matter with my attorneys and I am aware of my rights under the Speedy Trial Act. I am knowingly, voluntarily and intelligently making this request and waiving my right to a speedy trial.

Dated:  February 22, 2019        /s/ Chris Morales_____
                                                    Chris Morales

                                                    Respectfully submitted,

**HALBERG CRIMINAL DEFENSE**

Dated: ___February 22, 2019___          /s/ Marsh J. Halberg
                                        Marsh J. Halberg, #39548
                                        Attorney for Defendant
                                        7900 Xerxes Ave. S., Ste. 1700
                                        Bloomington, MN 55431
                                        (612) 333-3673


Dated: ____February 22, 2019__          /s/ Andrew C. Wilson
                                        Andrew C. Wilson, #398583
                                        Attorney for Defendant
                                        7900 Xerxes Ave. S., Ste. 1700
                                        Bloomington, MN 55431
                                        (612) 333-3673